IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KENT ALLEN JONES, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. CR-06-126-S-BLW <br><br> **ORDER** |

Trial in this case is set for January 22, 2008. A Second Superseding Indictment was filed January 9, 2008. It names defendants Sperow, Weitzman, and Hammons. Defendant Hammons has not yet appeared and hence his arraignment, now set for January 28, 2008, will be his first appearance.

Under the Speedy Trial Act, Hammons is entitled to a trial setting at least 30 days, but no later than 70 days, after his first appearance. Accordingly, the Court will set his trial date for March 31, 2008.

This trial date applies to all remaining defendants and complies with the Speedy Trial Act as to each defendant. *See U.S. v. Daychild*, 357 F.3d 1082, 1090 (9th Cir. 2004) (holding that "the speedy trial clock starts running after the indictment or arraignment (whichever comes last) of the last defendant");

**Order -- page 1**

18 U.S.C. § 3161(h)(7) (excluding "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted").

NOW THEREFORE IT IS HEREBY ORDERED, that the prior trial set for January 22, 2008, is VACATED, and that the new trial date for all defendants shall be **March 31, 2008 at 1:30 p.m.** in the James A. McClure Federal Building and U.S. Courthouse in Boise, Idaho.

A telephonic pretrial conference shall be held on **March 20, 2008 at 4:00 p.m.** The Government shall place the call with all opposing counsel on the line to (208) 334-9145.

IT IS FURTHER ORDERED, that all pretrial motions be filed on or before **February 22, 2008**.

DATED: **January 16, 2008**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Order -- page 2**